UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHNNY C. MURRAY,

        Plaintiff,

    v.

STATE OF OREGON; DOCTOR to be named; DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendants.

Case No. 6:24-cv-00134-MC

## JUDGMENT

This action is DISMISSED with prejudice.

DATED this 31st day of January, 2024.

                s/ Michael J. McShane
                MICHAEL J. MCSHANE
                United States District Judge